**Robert Lawrence TAYLOR, Petitioner–Appellant,**

v.

**DIRECTOR OF VIRGINIA DEPART-MENT OF CORRECTIONS, Re-spondent–Appellee.**

No. 00–7569.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 29, 2001.

Robert Lawrence Taylor, pro se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert Lawrence Taylor appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Taylor v. Director Va. Dep't of Corrections,* No. CA–00–1188 (E.D. Va. filed Oct. 5, 2000; entered Oct. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*